ORIGINAL

1   Matthew A. Becker, Esq., (SBN 190748)
    Karen M. Beza, Esq., (SBN 236847)
2   **THE LAW OFFICE OF MATTHEW A. BECKER, PC**
    1003 Isabella Avenue
3   Coronado, California 92118
    Telephone: (619) 522-6760
4   Facsimile: (619) 522-6763

5   Attorneys for Plaintiff
    William Jamison

6

7

8

FILED

2008 AUG 18  PM 3: 50

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY____X̂NH____DEPUTY

9                    **UNITED STATES DISTRICT COURT**

10                   **SOUTHERN DISTRICT OF CALIFORNIA**

11  WILLIAM JAMISON, an individual,       )   CASE NO.
                                          )   **'08 CV 1513 WQH NLS**
12              Plaintiff,                )
                                          )   **COMPLAINT**
13      v.                                )
                                          )   **FEDERAL COPYRIGHT INFRINGEMENT**
14  ROYAL CARIBBEAN CRUISES, LTD.,        )   **17 U.S.C. §§ 101, ET SEQ.**
    a Liberian Corporation; and DOES 1-10,)
15  Inclusive,                            )
                                          )
16              Defendants.               )
                                          )
17                                        )
                                          )
18                                        )
                                          )
19                                        )
                                          )
20                                        )
                                          )
21                                        )

22          PLAINTIFF, WILLIAM JAMISON, an individual, (hereinafter "Plaintiff"), hereby

23  submits his Complaint for damages and relief against Defendants ROYAL CARIBBEAN

24  CRUISES, LTD.; and DOES 1 THROUGH 10, (hereinafter collectively "Defendants") and

25  alleges as follows:

26  ///

27  ///

28  ///

---

                        **COMPLAINT OF WILLIAM JAMISON**                        Page 1

## GENERAL ALLEGATIONS

### THE PARTIES

1.    Plaintiff is an individual, located in San Diego, California.

2.    Upon information and belief, Defendant Royal Caribbean Cruises, Ltd., is a Liberian Corporation located in Miami, Florida.

3.    The true identities and locations of the DOE Defendants are presently unknown at this time.

### JURISDICTION AND VENUE

4.    This is a civil action arising under the United States Copyright Act, 17 U.S.C. §§ 101, et seq.  Accordingly, this court has federal question jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338 (a) and (b).  This court also has supplemental jurisdiction over the state law claims asserted in this complaint.

5.    Venue is proper in this judicial district under 28 U.S.C. § 1391 (b) and (c).

6.    Defendants have purposely directed the wrongful and intentional acts complained of herein to this district.  The acts complained of herein have occurred in San Diego.

### ALTER EGO

7.    Plaintiff is informed and believes, and on that basis alleges, that all of the Defendants were at all times relevant the partners, officers, agents, assignees, successors-in-interest, co-conspirators, principals, alter egos, or employees of each other or were otherwise responsible for, contributed to, or participated in the acts and omissions alleged herein, and thereby incurred liability therefore.

8.    Plaintiff is informed and believes, and on that basis alleges, that the individual Defendants and any corporate Defendants among other things (1) commingled funds and other assets; (2) diverted corporate funds between entities and individuals or to other than corporate purposes; (3) treated corporate assets as personal assets; (4) failed to observe corporate formalities; (5) failed to maintain an arms-length relationship with the other corporation or the separate existence of the individual entities and individuals would permit an abuse of the corporate privilege, sanction fraud, and promote injustice.  The acts alleged herein were

1   committed and continue to be committed intentionally and at the direction of the individual

2   Defendants.

3                           **BACKGROUND INFORMATION**

4       9.     Plaintiff is the original photographer of many works including a work pertaining

5   to surfing entitled "Dylan-fscarve." See Exhibit A attached hereto.

6       10.    Plaintiff is the sole owner of the registered copyright to such work. See enclosed

7   Exhibit B.

8       11.    Plaintiff has devoted significant time and resources to building a library of

9   photographic and custom works.

10      12.    Plaintiff has become, and remains a well-known photographer in the sport and

11   surfing industry. As a result of these efforts, Plaintiff's photographs have enjoyed widespread

12   popularity and recognition throughout the world.

13      13.    On March 29, 2005, Plaintiff originally shot the "Dylan-fscarve" image at The

14   Wavehouse in San Diego, California on March 29, 2005.

15      14.    On or about April 2, 2005, a cropped version of the image was uploaded to

16   wavetheplanet.com at a resolution of 800 x 600 for review by FlowRider fans.

17                **WILLFUL COPYRIGHT INFRINGEMENT**

18      15.    On or about February 2006, Plaintiff discovered that Defendants were unlawfully

19   using his copyrighted work "Dylan-fscarve."

20      16. .   Plaintiff became aware that his copyrighted work had now been featured in

21   advertisements for the FlowRider surf pool ("surf parks") that Defendants has added to the top

22   deck of its vessels.

23      17.    The uploaded image was apparently taken by Defendants from WaveLoch, Inc.,

24   the manufacturer of the FlowRider and owner of The Wavehouse.

25      18.    In order to do this, Defendants unlawfully manipulated and cropped Plaintiff's

26   copyright work to create new images superimposed on its vessels. See enclosed Exhibit C.

27      19.    Defendants made these unlawful reproductions and derivatives without any

28   knowledge or permission from Mr. Jamison.

20.    Defendants have used such infringing image throughout the world in their advertisements and promotions.

21.    Moreover, such image has been featured in news articles and on countless websites of travel agencies.  See enclosed Exhibit D for various examples.

22.    Again, Plaintiff never consented to such usage, nor was Plaintiff ever contacted by any individual or entity requesting the use of his copyrighted work.

<u>**COUNT I.**</u>

<u>**FEDERAL COPYRIGHT INFRINGEMENT**</u>

<u>**(Against all Defendants)**</u>

23.    Plaintiff hereby incorporates by reference and realleges each of the allegations contained in paragraphs 1 through 22 above, as though fully set forth herein.

24.    Plaintiff is the legal owner of the copyright in the work set forth in paragraph 9 above and has complied with all of the laws and provisions relating to maintaining such copyrights.

25.    By means of the actions complained of herein, Defendants have willfully infringed and will continue to infringe Plaintiff's copyright in and relating to the work outlined in paragraph 9 above, by re-producing, copying, distributing, using, derivating, licensing and placing upon the market products or portions thereof which were directly copied from Plaintiff's copyrighted work.

26.    Plaintiff is entitled to an injunction restraining Defendants, their distributors, officers, agents and employees, and all persons acting in concert with them, from engaging in further such acts in violation of the copyright laws.

27.    Plaintiff is further entitled to recover the damages he has sustained as well as the Defendants' gains, profits and advantages they have obtained as a result of their willful acts as herein alleged, including contributory and vicarious copyright infringement.  Plaintiff at present is unable to ascertain the full extent of the gains, profits, and advantages Defendants have

obtained by reason of their aforesaid acts of copyright infringement, willful copyright infringement, as well as contributory and vicarious copyright infringement as a result of infringements by third parties.

### PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff demands a jury trial and judgment in his favor and against Defendants as follows ·

1. ·     That Defendants be held to have infringed Plaintiff's copyright in and related to the work outlined in paragraph 9 above.

2.     That Defendants be held to have willfully infringed Plaintiff's copyright in and related to the work outlined herein.

3.     For injunctive relief, as provided in 17 U.S.C. § 502, namely for permanent injunctive relief preventing Defendants, their distributors, officers, agents, servants, employees and attorneys, and all those persons acting or attempting to act in concert or participation with them, from directly or indirectly making, delivering, distributing, selling, transferring, copying, imitating, advertising, and/or marketing unauthorized versions of the copyrighted work, or substantially similar variations thereon or derivative works thereof.

4.     That Defendants, their distributors, officers, directors, agents, servants, employees and all other persons in active concert or privity or in participation with them, be enjoined to return to Plaintiff any and all originals, copies, facsimiles, or duplicates of the copyrighted work and any other materials or publications infringing on Plaintiff's copyright.

5.     For judgment for actual compensatory damages as provided for in 17 U.S.C. 504.

6.     For statutory damages or $30,000 per infringement in lieu of actual damages, as provided for in 17 U.S.C. 504.

7.     For enhanced damages of $150,000 per infringement for Defendants' willful infringement, as provided for in 17 U.S.C. 504.

8.     For an award against all Defendants based on their inducing copyright

infringement, for all damages resulting from the infringing actions of Defendants' distributors in an amount as shall be shown by the evidence.

9.     For an award against all Defendants based on their contributory copyright infringement, for all damages resulting from the infringing actions of Defendants' distributors in an amount as shall be shown by the evidence.

10.     For an award to Plaintiff for his attorneys' fees, allowable costs as provided for in 17 U.S.C. 505.

11.     Such other and further relief as to the Court may seem just and proper.

Dated: August 18, 2008

Respectfully submitted,
THE LAW OFFICE OF MATTHEW A. BECKER

By: _____
Matthew A. Becker, Esq.
Attorneys for Plaintiff
William Jamison

Exhibit A



© William D. Jamison

Dylan-Escarpe

Exhibit B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**

**VA 1-349-171**

REGISTRA

VA / VAU
EFFECTIVE DATE OF REGISTRATION

**2** Month   **13** Day   **06** Year

---

ATE CONTINUATION SHEET.

**1**

**Title of This Work ▼**
Dylan_fscarve

**NATURE OF THIS WORK ▼** See Instructions
Photograph

**Previous or Alternative Titles ▼**
01 dylan-fscarve

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
William D. Jamison

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1959   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____ United States
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**Year in Which Creation of This Work Was Completed**
2005
This information must be given Year in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information Month April Day 2 Year 2005
ONLY if this work has been published. U.S.A. Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
William D Jamison
3772-D Balboa Ter
San Diego CA 92117

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

**APPLICATION RECEIVED**
FEB 1 3 2006
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
FEB 1 3 2006
**FUNDS RECEIVED**

DO NOT WRITE HERE

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | VB | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give  **Previous Registration Number** ▼         **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

See instructions before completing this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

William D Jamison
3772-D Balboa Ter
San Diego, CA 92117

Area code and daytime telephone number ( 619 ) 518-4765        Fax number (    )

Email  bjamison@gmail.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date

William D Jamison                                          Date  February 9, 2006

Handwritten signature (X) ▼

X

**8**

**Certificate will be mailed in window envelope to this address:**

Name ▼
William D Jamison

Number/Street/Apt ▼
3772-D Balboa Ter

City/State/ZIP ▼
San Diego CA  92117

• Complete all necessary spaces
• Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S E
Washington, D C 20559-6000

**9**

*17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev August 2003—30,000   Web Rev June 2002   ♻ Printed on recycled paper                    U S Government Printing Office 2003-496-605/60,029







## INTRODUCING

# FREEDOM *of the* SEAS.[SM]

## THE MOST INNOVATIVE SHIP IN THE WORLD.

It's amazing. It's unbelievable. It's the FlowRider. A wave simulator that lets your clients experience the thrill and excitement of catching and riding the perfect wave, regardless of their skill level. And it's only onboard Royal Caribbean's newest and most incredible ship ever. In fact, from bow to stern, *Freedom of the Seas* is packed with remarkable



innovations like the H2O Zone, an interactive water park for the whole family; whirlpools that are suspended 112 feet above the ocean; a pool designated just for sports like water

polo; and a combined pool area that is larger than on any other cruise ship. All this and it's only the top deck! Because there's so much more to see, we've created a website just for *Freedom of the Seas*. For up-to-date information and renderings of these and other features on this remarkable ship, check out ***www.cruisingpower.com/freedom*** today.



### *Get out there*®

©2005 Royal Caribbean Cruises Ltd. Ships registered in the Bahamas.





**DID YOU KNOW?**

- The H2O Zone circulates 2,642 gallons/10,000 liters of water per day. That's enough to fill 53 bathtubs.

- Every minute, **The FlowRider®** sends 30,000 gallons/113,562 liters of water up a sloped surface to create a perfectly surfable wave.

- **The Royal Promenade** is 445 feet long. That's about one and a half times the length of a football field's playing area, or more than half the height of the Trump World Tower in New York.

- The ship's largest stateroom is the **Presidential Family Suite**, a 1,215 square-foot, 4-bedroom, 4-bath suite with an 810 square-foot balcony.

- The largest **Rock Wall** at sea is 43 feet tall by 44 feet wide, with a freestanding central spire. There are 11 different routes to the top, from easy to expert.





WELCOME TO THE NEXT WAVE OF CRUISE VACATIONS



**Royal Caribbean**

INTERNATIONAL

*Get out there.*®

2006  2007 CRUISE VACATION PLANNER

# CARIBBEAN

## BAHAMAS & BERMUDA

2006–2007 CARIBBEAN, BAHAMAS & BERMUDA Vacation Planner



*www.royalcaribbean.com*

*To find out the latest information as it becomes available, visit www.freedomoftheseas.com.*



FlowRider®

## A WATER WONDERLAND

We call it the H2O Zone, and you'll see why. We have every kind of water device you've ever heard of and a bunch that we're sure you've never heard of. Waterfalls, umbrella jets, spray cannons, splash pools, pipe falls and colorful water-spraying sculptures everywhere to make sure nothing stays dry. You thought it was hard to get your kids out of the water before – good luck now. And if you think it's fun here in the daytime, just wait until you see it at night. The lighting has been designed so that at night it becomes a destination of its own: a magical sculpture garden.

## RELAX & HANG OUT – LITERALLY

The Solarium is the perfect place to unwind. There are loungers and hammocks offering plenty of quiet places to relax. And if you're looking for something new and exciting, check out our two cantilevered whirlpools, which hang out over the side of the ship. Suspended 112 ft. above the water, each of these huge hot tubs delivers incredible views of the ocean and can hold 16 people. The pool in the Solarium has music playing underwater and a mural that might have you believing you're swimming along the Great Barrier Reef. To see which itinerary *Freedom of the Seas* sails to, check out page 48.



*Solarium during the day*                                    H2O Zone

Home | Travel Trade | Advertising Info | Conferences

**September 2005**
**Supplement to Travel Trade**

Ship Profiles          Cruise Line Directory          Newbuilds          Cruise Editor

# *A Sneak Peek at RCI's*

# Freedom of the Seas

**By Don Langley**



**Y**ou'll find everything — and more — that you and your clients like about Royal Caribbean ships aboard the new Freedom of the Seas, due out in May. Considering that RCI expanded the cruise concept by introducing rock climbing walls and ice skating rinks, it's not a surprise that the Freedom's latest innovative splash is a wave-maker that enables passengers to surf from Deck 13 to Deck 12.

All this and more are possible because the ship, the first in RCI's new Freedom class, is enormous. At 160,000 tons, and with a capacity of 3,600 passengers on a double occupancy basis, Freedom of the Seas will rank as the world's largest cruise ship.

With her hull and superstructure complete, the massive ship was floated out of drydock in Turku, Finland on Aug. 18, 52% finished. The interior was still a hard-hat area, a maze of steel, pipes and wiring. She is due for sea trials in December and for regular cruising in the Western Caribbean next spring.

While the surfing facility may get the most attention, at least among the younger set, it isn't the only attention getter. Clearly visible from the dock are two whirlpool spas, jutting out 12 feet over the side of the ship, 112 feet above the sea. Glassed in for safety, the tubs can each accommodate 17 people.

Similarly, the dining room expands outwards, thanks to giant bay windows on each side. Aside from enhancing views and allowing light to pour into the room, the design also adds space. Even without the extra elbowroom, the dining room is in proportion to the ship: it is on three decks, with tables surrounding the atrium in the center. A separate galley serves each level, named Galileo's, Isaac's and Leonardo's. Gold leaf will adorn the pillars stretching up through the atrium. Altogether, there will be 2,100 seats.

There are plenty of alternatives, all larger than their predecessors. Windjammers will seat 500 for casual dining aft. Portofino will serve upscale Italian cuisine to 100 diners at a time. Chops Grill is a steakhouse with 104 seats. Jade, a fusion restaurant, will seat 274.

The Royal Promenade in the center of the



ship is, like everything else, super-sized. It's 427' long by almost 30' wide. Passengers in cabins on three decks will be able to peer down through their bay windows at the street scene below.

Among the things they'll see is Ben & Jerry's, enlarged to a full-fledged ice cream parlor. As on other ships, there is also a wine bar, a pub and a Café Promenade, a people-watching place that turned out to be more popular than anticipated. There will be a retail outlet, The Book Nook, adjoining the Café Promenade, which will also be an Internet spot. The Book Nook will be created by Royal Caribbean, not a chain outlet. Sorrento's Pizzeria will be a casual, no-charge stand-alone facility, with both "indoor" and "outdoor" seating. The Johnny Rockets 1950s style hamburger shop and Seattle's Best Coffee will be aboard as well.

From the Royal Promenade, there will be two staircases to the casino below.

Spa operator Steiner and all the retailers have been challenged to innovate as well, according to Harri Kulovaara, executive vice president, maritime.



The top of the ship is devoted to water-related activities in three areas. The over-the-side and maybe over-the-top hot tubs are in the adults-only oasis. When they get out of the tub, the adults can stretch out in hammocks in the jungle-themed Solarium, which also includes the central pool.

The main pool area has a dedicated sports pool for volleyball, water jousting and amateur synchronized swimming, among other things. At other times, it's available for lap swimming. This central pool area is also home to a bar, a bandstand and a dance floor. The surrounding overhanging balcony is broad enough for two rows of lounge chairs.

A curtain of water — actually a waterfall from an arch across the deck — separates all of that from the H2O Zone, the water park designed to encourage kids to splash and be splashed. The area is dotted with colorful, fanciful animal statues that are in fact sprinklers, jets or water cannons, activated by buttons or motion. The H2O Zone also has a circular current pool and two hot tubs, besides the pool fed by the water curtain.

A totally new innovation is the FlowRider®. Created by WaveLoch, Inc. of La Jolla, CA., the 32-foot-wide by 40-foot-long device generates a thin sheet of water that flows over the ride surface, creating a wave-like shape. Similar to swimming against a current in a stationary lap pool, riders surf or body board against a wave-like waterflow of 30,000 gallons per minute, carving turns and trying tricks. The board is somewhat smaller than the ocean-going variety. Stretched-fabric surface similar to a trampoline provides a cushion to absorb the impact of falls.

The rock-climbing wall, now a staple on Royal Caribbean ships, is 44 feet wide with 11 routes up its 43' façade.

As if that were not enough physical activity, there is a gym with all the latest exercise equipment, plus aerobics, massage, saunas, yoga and Pilates. The spa will also provide beauty treatments. The treadmills will all be placed at the windows. Like all public space on the ship, there will be good ceiling height. Altogether the gym and spa cover about 17,000 square feet.

Evening offers as many options as the day. The main showroom is the Arcadia Theater, with 1,333 seats on three decks. Backstage facilities and the special effects they can produce top anything outside of Las Vegas, according to Kulovaara.

The Pharaoh's Palace, with 350 seats, serves as a secondary lounge, a dance spot and group meeting space. (Groups will be a major focus of RCI's sales effort. Two charters for the ship, both sold out, are already on the books for 2006.)



The On-Air Club is a new lounge next to the familiar Studio B with a stage, 134 seats, a "high-tech bar" and a full pantry. This is the place for karaoke competitions and improvised comedy. There are even two private booths for karaoke practice or recording. This room will actually have daytime uses as well, such as for cooking demonstrations.

Boleros Bar, another name becoming common to RCI ships, will be aboard. The Crypt, the disco, will be in the middle of the ship. The challenge here, Kulovaara said, was soundproofing it above and below by "floating" the room with rubber spacers to cut vibrations. The same techniques were used in isolating Pharaoh's Palace from the theater underneath.

Most staterooms on Freedom of the Seas were built on an assembly line about 20 miles from the shipyard. They arrived



 PRINT THIS

Powered by Clickability

# Surf's up — on the top deck

By Gene Sloan, USA TODAY

First, miniature golf. Then rock climbing. Now surfing.



The option to surf makes its debut in May aboard the 3,600-passenger Freedom of the Seas.

Royal Caribbean

Royal Caribbean announces today that it is adding "surf parks" to the top deck of future vessels — the first cruise line to do so.

The line will unveil a mock-up of the 32-foot-wide FlowRider surf pool on NBC's *Today* show this week.

The attraction will operate on the same principle as a stationary lap pool with a constant water flow creating a wave-like shape that can be surfed or body-boarded.

Royal Caribbean is known for making waves in cruising. In 1995, it offered the first onboard miniature golf, and in 1999 it delivered the first climbing wall and the first ice skating rink. "We've been dedicated for a long time to telling people that cruising is different from what they think it is," president Adam Goldstein says.

The option to surf, which makes its debut in May aboard the 3,600-passenger Freedom of the Seas, joins the line's other recent changes. In July, it was the first to come out with bungee trampolines on the Enchantment of the Seas.

The offbeat offerings are part of an industrywide effort to convince non-cruisers they won't be bored spending a week or more on a ship.

"We think we've done a lot of damage to that myth," Goldstein says.

In the past year, Carnival and Princess have begun showing outdoor movies atop vessels, and the past decade has brought elaborate new spas, gourmet "alternative" restaurants, karaoke lounges, cigar and martini bars, ice cream parlors and more.

At 158,000 gross registered tons, the Freedom of the Seas will surpass Cunard's year-old Queen Mary 2 as the world's largest passenger vessel.

The surf park, which Goldstein says will be free, is just one water element for the top of Freedom. The top deck

USATODAY.com - Surf's up on the top deck

also will feature an adults-only solarium with two cantilevered whirlpools extending 12 feet past the sides of the ship, a main area with two pools, and interactive sculpture fountains, ground geysers, a cascading waterfall and circular pool with a current.

Goldstein says the variety is crucial to appealing to younger vacationers. In the past two decades, the average age of the line's passengers has dropped to 42 from the mid-50s.

- REPRINTS & PERMISSIONS

**Find this article at:**
http://www.usatoday.com/travel/news/2005-08-31-royal-caribbean-surf_x.htm

☐ Check the box to include the list of links referenced in the article.

ORIGINAL

٩JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| WILLIAM JAMISON, an individual | ROYAL CARIBBEAN CRUISES, LTD., a Liberian corp., et al. 2008 AUG 18 PM 3:08 |

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

**(b)** County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Matthew A. Becker, The Law Office of Matthew A. Becker, 1003
Isabella Avenue, Coronado CA 92118 Telephone (619) 522-6760

Attorneys (If Known)

'08 CV 1513 WQH NLS

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff (For Diversity Cases Only) and One Box for Defendant) |
|---|---|

| | | | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question (U.S. Government Not a Party) | Citizen of This State  ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State  ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| | | | | Citizen or Subject of a Foreign Country  ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

| V. ORIGIN (Place an "X" in One Box Only) | | | | | | Appeal to District |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ 6 Multidistrict Litigation | ☐ 7 Judge from Magistrate Judgment |

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
17 U.S.C. Section 1121

Brief description of cause:
Copyright infringement

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND:  ☒ Yes  ☐ No |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instructions): | JUDGE | DOCKET NUMBER |
|---|---|---|---|

DATE
08/18/2008

SIGNATURE OF ATTORNEY OF RECORD
Matt A. Bee

**FOR OFFICE USE ONLY**

RECEIPT # 154179   AMOUNT  $350   APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

TAC   8/18/08



# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

## #  154179    —  TC

## August  18,  2008
## 15:50:28

## Civ Fil Non-Pris

USAO #.: O8CV1513
Judge..: WILLIAM Q HAYES
Amount.:                    $350.00 CK
Check#.: BC2893

## Total—>   $350.00

FROM: WILLIAM JAMISON
        VS
        ROYAL CARIBBEAN CRUISES

AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>08cv01513-WQH-NLS | DATE FILED<br>08/18/08 | United States District Court, Southern District of California<br>880 Front Street, Room 4290<br>San Diego, CA 92101-8900 |
| PLAINTIFF<br>William Jamison | | DEFENDANT<br>Royal Caribbean Cruises, Ltd |

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 VA 1-349-171 | Dylan_fscarve | William D. Jamison |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

Copy 1 - Upon initiation of action, mail this copy to Register of Copyrights  Copy 2 - Upon filing of document adding copyrights, mail this copy to Registrer of Copyrights

Copy 3 - Upon termination of action, mail this copy to Registrer of Copyrights Copy 4 - In the event of appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal

Copy 5 - Case file copy