Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

WILLIAM JAMISON, an individual
PLAINTIFF

vs

ROYAL CARIBBEAN CRUISES, LTD., a Liberian Corporation; and DOES 1 through 10, inclusive.
DEFENDANTS

FILED
2008 AUG 18 PM 3:53
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                                    DEPUTY

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 1513 WQH NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

THE LAW OFFICE OF MATTHEW A. BECKER, P.C.
MATTHEW A. BECKER, ESQ.
1003 ISABELLA AVENUE
CORONADO, CA 92118  Telephone (619) 522-6760

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

AUG 18 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)